| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jonathan Andrew Ahnert <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–0226 <br> EIN: __–_____ | |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____ <br> EIN: __–_____ | |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: 7   3/13/25 | |
| Case number: | 25–30296–cgb | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Jonathan Andrew Ahnert | |
| 2. | All other names used in the last 8 years | aka Jonathan A Ahnert | |
| 3. | Address | 1530 George Dieter Dr Apt 11f <br> El Paso, TX 79936–7619 | |
| 4. | Debtor's attorney <br> Name and address | Cheryl S. Davis <br> The Law Offices of Cheryl S. Davis, P.C. <br> 23015 FM 529 Rd <br> Ste 200 #44 <br> Katy, TX 77493 | Contact phone 915–565–9000 <br> Email: lawfirm@cherylsdavislaw.com |
| 5. | Bankruptcy trustee <br> Name and address | Christy L Heimer <br> PO Box 140193 <br> Austin, TX 78714 | Contact phone 512–291–7105 <br> Email: clheimer@trusteeheimer.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Jonathan Andrew Ahnert**     Case number **25–30296–cgb**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 511 E. San Antonio Ave., Rm. 444 <br> EL PASO, TX 79901 | Hours open Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone (915) 779–7362 <br><br> Date: 3/13/25 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 16, 2025 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 271 250 6827, Passcode, 1208385126 OR call (915) 245–4499** <br><br> For additional meeting information go to www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/16/25** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

United States Bankruptcy Court

Western District of Texas

In re:                                                          Case No. 25-30296-cgb

Jonathan Andrew Ahnert                            Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-3                              User: admin                                    Page 1 of 2

Date Rcvd: Mar 13, 2025                     Form ID: 309A                                Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jonathan Andrew Ahnert, 1530 George Dieter Dr Apt 11f, El Paso, TX 79936-7619 |
| tr | + | Christy L Heimer, PO Box 140193, Austin, TX 78714-0193 |
| 18875134 | | DEPT OF ED/AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |
| 18875136 | | FLEX, 228 Park Ave S, New York, NY 10003-1502 |
| 18875141 | | Kubinski & Associates, 500 W San Antonio Ave # 101, El Paso, TX 79901-1054 |
| 18875142 | | Samantha Morgan Gallivan, 15660 Dallas Pkwy, Dallas, TX 75248-3348 |
| 18875143 | | San Montego Apartment, 9133 Kernel Cir, El Paso, TX 79907-2046 |
| 18875144 | | San Montego Apartments, 9133 Kernel Cir, El Paso, TX 79907-2046 |
| 18875147 | + | Toni Ahnert, 1025 Summer House Street, El Paso, TX 79928-2387 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: lawfirm@cherylsdavislaw.com | Mar 13 2025 22:57:00 | Cheryl S. Davis, The Law Offices of Cheryl S. Davis, P.C., 23015 FM 529 Rd, Ste 200 #44, Katy, TX 77493 |
| tr | + | EDI: FCHEIMER | Mar 14 2025 02:34:00 | Christy L Heimer, PO Box 140193, Austin, TX 78714-0193 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 13 2025 22:58:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, San Antonio, TX 78295-1601 |
| 18875130 | + | Email/Text: e-bankruptcy@americafirst.com | Mar 13 2025 22:59:00 | AMERICA FIRST CREDIT U, PO BOX 9199, OGDEN, UT 84409-0199 |
| 18875131 | | Email/Text: bcd@oag.texas.gov | Mar 13 2025 22:58:00 | Attorney General of Texas, Coll. Div./Bankruptcy Section, Po Box 12548, Austin, TX 78711-2548 |
| 18875132 | + | EDI: BANKAMER | Mar 14 2025 02:34:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 18875133 | + | EDI: CAPITALONE.COM | Mar 14 2025 02:34:00 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 18875133 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2025 23:03:01 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 18875135 | + | EDI: DISCOVER | Mar 14 2025 02:34:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 18875137 | | Email/Text: Bankruptcy@ihfa.org | Mar 13 2025 22:57:00 | IDAHO HOUSING AND FINA, PO BOX 7899, BOISE, ID 83707 |
| 18875138 | | EDI: IRS.COM | Mar 14 2025 02:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 18875140 | + | EDI: JPMORGANCHASE | Mar 14 2025 02:34:00 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 18875140 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: 309A | Total Noticed: 24 |

| Recip ID | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Mar 13 2025 23:38:57 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 18875145 | Email/Text: courts@scott-pc.com | Mar 13 2025 22:59:00 | Scott & Associates, Po Box 115220, Carrollton, TX 75011-5220 |
| 18875146 | + EDI: TDBANKNORTH.COM | Mar 14 2025 02:34:00 | TD RCS/SAMSUNG, 200 CAROLINA PARKWAY B1, GREENVILLE, SC 29607-5766 |
| 18875149 | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Mar 13 2025 22:58:00 | U.S. Attorney/FHA/HUD/VA/IRS, 601 Nw Loop 410 Ste 600, San Antonio, TX 78216-5512 |
| 18875150 | Email/Text: Jessica@valleycollection.com | Mar 13 2025 22:58:00 | VALLEY COLLECTION SERV, 8811 N 51ST AVE STE 102, GLENDALE, AZ 85302 |
| 18875151 | Email/Text: bankruptcy.accounts@wakeassoc.com | Mar 13 2025 22:57:00 | WAKEFIELD & ASSOCIATES, 7005 MIDDLEBROOK PIKE, KNOXVILLE, TN 37909 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18875139 | * | Jonathan Andrew Ahnert, 1530 George Dieter Dr Apt 11f, El Paso, TX 79936-7619 |
| 18875148 | *+ | Toni Ahnert, 1025 Summer House Street, El Paso, TX 79928-2387 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025        Signature:        /s/Gustava Winters